# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 7/9/2024 |
| Case: 24−22604−shl | Form ID: def7or13 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Douglas Lee Grant      1095 Porter Drive      Bushkill, PA 18324

TOTAL: 1