# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 7/9/2024 | |
| Case: 24−22604−shl | Form ID: 309A | Total: 16 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Douglas Lee Grant | 1095 Porter Drive | Bushkill, PA 18324 |
| ust | United States Trustee | Office of the United States Trustee − NY | Alexander Hamilton Custom House     One Bowling Green, Room 534     New York, NY 10004−1408 |
| tr | Marianne T. O'Toole | Marianne T. O'Toole, As Trustee     2 Depot Plaza     Suite 2 E     Bedford Hills, NY 10507 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551     Albany, NY 12201−0551 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007 | |
| 8483110 | CAPITAL EIGHT LLC. | 39 BOWERY     NY NY 10002 | |
| 8483111 | CONEDISON | P.O.BOX 1701     NY NY 10116 | |
| 8483112 | CREDIT ONE | P.O.BOX 60500     CITY OF INDUSTRY CA, 91716 | |
| 8483113 | DEPARTMENT OF THE TREASURY | CENTRALIZED INSOLVENCY OPERATIONS     P.O.BOX 7346     PHILADELPHIA, PA 19101 | |
| 8483133 | M&T BANK | 1 FOUNTAIN PLZ     BUFFALO, NY 14203 | |
| 8483134 | NYS DEPARTMENT OF FINANCE | BANKRUPTCY UNIT     P.O.BOX 5300     ALBANY, NY 12205 | |
| 8483135 | NYS DEPARTMENT OF LABOR | WA HARRIMAN CAMPUS     BUILDING 12 ROOM 256     ALBANY NY 12226 | |
| 8483136 | PROGRESSIVE INSURANCE | 6300 WILSON MILLS RD     MAYFIELD VILLAGE OH 44143 | |
| 8483137 | SPECTRUM | P.O.BOX 7186     PASADENA CA 91109 | |
| 8483138 | US SMALL BUSINESS ADMINISTRATION | DIRECT COUNSEL NEW YORK     26 FEDERAL PLAZA ROOM 3100     NEW YORK, NY 10278 | |

TOTAL: 16